IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUKE LARENZO SPENCER,                                                    PLAINTIFF
ADC # 135041

v.                              4:12-cv-00216-BSM-JJV

THOMAS, Correctional Officer,
Faulkner County Sheriff's Department; *et al.*                            DEFENDANTS

**ORDER**

On October 9, 2012, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants. (Doc. No. 10.) Summons were executed for all Defendants. (Doc. Nos. 11-15.) Pending before the Court is a Motion to Set Aside Service of Process on Defendants J. Jacobs, Officer Mittermeier, and Sgt. Ashley. (Doc. No. 19). According to the Motion, Defendants Jacobs, Mittermeier and Ashley are no longer employed by Faulkner County Sheriff's Department. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Motion to Set Aside Service (Doc. No. 19) is GRANTED.

2. Defense counsel shall submit the last known addresses for these Defendants within ten days of the date of this Order.

3. The Clerk of the Court is directed to correct the style of the case to reflect the correct spelling of Defendant "Mittenmire" is "Mittermeier."

DATED this 7th day of November, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE