# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LUKE LARENZO SPENCER,                                                                          PLAINTIFF
ADC # 135041

v.                                       4:12CV00216-BSM-JJV

THOMAS, Correctional Officer,
Faulkner County Sheriff's Department; *et al.*                                        DEFENDANTS

## ORDER

On November 28 and December 12, 2012, this Court directed the issuance of Summons and service of Plaintiff's Complaint on Defendants Ashley and Jacobs. (Doc. Nos. 25, 32). Summons were returned unexecuted for both Defendants. (Doc. Nos. 33, 34). The Court realizes Plaintiff is at a disadvantage in trying to locate these Defendants. However, Plaintiff is obligated to perfect service. FED. R. CIV. P. 4. Accordingly, Plaintiff shall, within twenty-one (21) days of the date of this Order, provide addresses at which Defendants Ashley and Jacob may be served. Failure to do so will result in the dismissal of all claims against these Defendants without prejudice. FED. R. CIV. P. 4(m).

IT IS SO ORDERED this 28th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE