# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LUKE LARENZO SPENCER**
**ADC #135041**                                                                                              **PLAINTIFF**

**v.**                  **CASE NO. 4:12CV00216 BSM/JJV**

**THOMAS, Correctional Officer,**
**Faulkner County Sheriff's Department et al.**                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 41] and the filed objections [Doc. No. 43] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Luke Spencer's claims against defendants Ashley and Jacobs are dismissed without prejudice.

Dated this 17th day of June 2013.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE